IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KEVIN RAY WRIGHT,**
**ADC #140591**                                                                                              **PLAINTIFF**

**VS.**                                           **2:16-CV-00004 BRW/BD**

**WENDY KELLEY, et al.**                                                                                **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere (Doc. No. 4). After a review of the Recommendation, Mr. Wright's timely objections, and *de novo* review of the record, the Court approves and adopts the Recommendation in all respects.

Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED, this 3rd day of February, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE